UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASHLEY GARDNER,

     Plaintiff,

                                      Case No. 1:23-cv-33

v.

                                       HONORABLE PAUL L. MALONEY

CAPITAL ONE,

     Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated this lawsuit by filing a complaint on January 9, 2023.  On January 23, 2023, the Magistrate Judge issued a Report and Recommendation, recommending that the action be dismissed upon initial review pursuant to 28 U.S.C. § 1915(e)(2).  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 6) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint is DISMISSED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199,

206, 211-12 (2007).  Should Plaintiff appeal this decision, the Court will assess the $505.00 appellate filing fee pursuant to § 1915(b)(1).

A Judgment will be entered consistent with this Order.


Dated:  February 23, 2023                                    /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge