UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASHLEY GARDNER,

    Plaintiff,

v.

CAPITAL ONE,

    Defendant.

_____/

Case No. 1:23-cv-33

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered.

Dated: February 23, 2023

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge